PALMER & CO., Appellants, *v.* REYNOLDS & CO., Respondents.

APPEAL from the Fourth Judicial District.

Per HEYDENFELDT, Justice, WELLS, Justice, concurring.

The plaintiffs lay their damages at $1000. Judgment is rendered in their favor, for $1500. For this reason the judgment is reversed and the cause remanded.